IN THE SUPREME COURT OF THE STATE OF DELAWARE

FRANK NELSON,[1]      §
     § No. 168, 2023
       Respondent Below,      §
       Appellant,      § Court Below–Family Court
     § of the State of Delaware
       v.      §
     § File No. CN19-03236
GILLIAN NELSON,      § Petition No. 23-02528
     §
       Petitioner Below,      §
       Appellee.      §

Submitted: June 27, 2023
Decided:   June 29, 2023

## **ORDER**

On May 15, 2023, the appellant, Frank Nelson, filed a notice of appeal from an April 6, 2023 Family Court order finding him in contempt and entering a monetary judgment in favor of the appellee, Gillian Nelson. The Senior Court Clerk issued, by certified mail, a notice directing Nelson to show cause why his appeal should not be dismissed as untimely filed.[2] An unsigned and undated return receipt was filed with the Court on May 30, 2023. The Senior Court Clerk reissued, by both certified and first-class mail, the notice to show cause on June 13, 2023. To date,

---

[1] The parties were previously assigned pseudonyms under Supreme Court Rule 7(d).
[2] Supreme Court Rule 6(a)(i) provides that a civil appeal must be filed within thirty days of the entry of a judgment.

Nelson has not responded to the notice to show cause. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal be DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice